```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

S.Y.,

      Plaintiff,

v.　　　　　　　　　　　　　　Case No:　2:20-cv-628-JES-KCD

RIST PROPERTIES, LLC,

      Defendant.

_____

## **ORDER**

    This matter comes before the Court on the parties' Stipulation for Voluntary Dismissal With Prejudice as to Defendant, Rist Properties, LLC (Doc. #99) filed on July 28, 2022. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012). The Court previously dismissed co-defendant Wyndham Hotels & Resorts.

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions as to the

remaining defendant Rist Properties, LLC and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __1st__ day of August 2022.

                                                                        _____
                                                                        JOHN E. STEELE
                                                                        SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record